## APPEALS ACCEPTED FOR REVIEW

**2003–1637.   State v. Cooper.**
Crawford App. No. 3–02–02, 2003-Ohio-4236.
RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–2079.   Hollon v. Clary.**
Montgomery App. No. 19826, 2003-Ohio-5734. Discretionary appeal accepted and motion to strike memorandum in support of jurisdiction and motion to dismiss appeal denied as moot.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–2102.   Cincinnati Metro. Hous. Auth. v. Morgan.**
Hamilton App. No. C–030078, 155 Ohio App.3d 189, 2003-Ohio-5671, 800 N.E.2d 64.
RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2003–2146.   State v. Mason.**
Lucas App. Nos. L–02–1189 and L–02–1211, 2003-Ohio-5974. Discretionary appeal accepted; cause held for the decision in 2003–1048 and 2003–1049, *State v. White,* Guernsey App. No. 02CA23, 2003-Ohio-2289; and briefing schedule stayed.
RESNICK, F.E. SWEENEY and O'DONNELL, JJ., dissent.

**2003–2155.   State v. Danison.**
Ashland App. No. 03COA021, 2003-Ohio-5924. Discretionary appeal accepted on Proposition of Law No. I.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–2182.   State v. Back.**
Butler App. No. CA2003–01–011, 2003-Ohio-5985. Discretionary appeal accepted on Proposition of Law No. III; cause consolidated with 2004–0003, *State v. Back,* Butler App. No. CA2003–01–011, 2003-Ohio-5985; causes held for the decision in 2003–1048 and 2003–1049, *State v. White,* Guernsey App. No. 02CA23, 2003-Ohio-2289; and briefing schedule stayed.
MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., concur but would also accept all other propositions of law.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–2198.   Gilbert v. Summit Cty.**
Summit App. No. 21521, 2003-Ohio-6012. Discretionary appeal accepted and cause consolidated with 2003–2193, *Gilbert v. Summit Cty.,* Summit App. No. 21521, 2003-Ohio-6012.
F.E. SWEENEY and PFEIFER, JJ., dissent.
RESNICK, J., not participating.

**2004–0044.   McCollam v. Am. & Foreign Ins. Co.**
Stark App. No. 2003CA00096, 2003-Ohio-6366. Discretionary appeal accepted and cause consolidated with 2004–0238, *McCollam v. Am. & Foreign Ins. Co.,* Stark App. No. 2003CA00096, 2003-Ohio-6366.
O'DONNELL, J., concurs and would also hold this cause for the decision in 2003–1730, *Ponser v. St. Paul Fire & Marine Ins. Co.,* Licking App. No. 2002CA00072, 2003-Ohio-4377.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.